**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOLLY JONG-FAST <br> c/o Rethink Education <br> 915 Broadway, Suite 1008 <br> New York City, NY 10010 <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS <br> 810 Vermont Avenue, NW <br> Washington, D.C. 20420 <br><br> and <br><br> DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20505 <br><br> Defendants. | Civil Action No. 20-574 |

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to seek expedited processing of requests for agency records sought by the plaintiff Molly Jong-Fast from the defendants Department of Veterans Affairs and Department of Justice.

### JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

### VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**PARTIES**

3. Plaintiff Molly Jong-Fast ("Mrs. Jong-Fast") is an author of three books, a contributor at Glamor and The Bulwark, and currently serves as Editor at Large for The Daily Beast. Mrs. Jong-Fast qualifies as a representative of the news media.

4. Defendant Department of Veterans Affairs ("VA") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiff that are the subject of this action. The VA controls – and consequently serves as the proper party defendant for litigation purposes for – the VA Office of the Inspector General ("OIG").

5. Defendant Department of Justice ("DOJ") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiff that are the subject of this action. The DOJ controls – and consequently serves as the proper party defendant for litigation purposes for – the Executive Office for United States Attorneys ("EOUSA").

**COUNT ONE (VA)**

6. By letter dated February 14, 2020, Mrs. Jong-Fast submitted a FOIA request to the VA. In her request, Mrs. Jong-Fast sought expedited processing.

7. The VA was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than February 24, 2020.

8. To date, no substantive response has been received by Mrs. Jong-Fast from the VA regarding expedited processing. Mrs. Jong-Fast has constructively exhausted all required administrative remedies for seeking expedited processing.

## COUNT TWO (VA OIG)

9. By letter dated February 14, 2020, Mrs. Jong-Fast submitted a FOIA request to the VA OIG. In her request, Mrs. Jong-Fast sought expedited processing.

10. The VA OIG was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than February 24, 2020.

11. To date, no substantive response has been received by Mrs. Jong-Fast from the VA OIG regarding expedited processing. Mrs. Jong-Fast has constructively exhausted all required administrative remedies for seeking expedited processing.

## COUNT THREE (EOUSA)

12. By letter dated February 14, 2020, Mrs. Jong-Fast submitted a FOIA request to the EOUSA. In her request, Mrs. Jong-Fast sought expedited processing.

13. On February 26, 2020, EOUSA notified Mrs. Jong-Fast that expedited processing had been denied. The FOIA request was designated as Request No. EOUSA-2020-001608.

14. Mrs. Jong-Fast has exhausted all required administrative remedies for seeking expedited processing. Mrs. Jong-Fast is entitled to expedited processing as a matter of law.

WHEREFORE, plaintiff Molly Jong-Fast prays that this Court:

(1) Order the defendant federal agencies to grant expedited processing to the plaintiff;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date:   February 27, 2020

            Respectfully submitted,

             /s/

            _____
            Bradley P. Moss, Esq.
            D.C. Bar #975905
            Mark S. Zaid, Esq.
            D.C. Bar #440532
            Mark S. Zaid, P.C.
            1250 Connecticut Avenue, N.W.
            Suite 700
            Washington, D.C. 20036
            (202) 454-2809
            (202) 330-5610 fax
            Brad@MarkZaid.com
            Mark@MarkZaid.com

            Attorneys for the Plaintiff