# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOLLY JONG-FAST | * |
| Plaintiff, | * |
| v. | * Civil Action No. 20-574 |
| DEPARTMENT OF VETERANS AFFAIRS, et al. | * |
| Defendants. | * |

## **ERRATA**

NOW COMES the plaintiff, Molly Jong-Fast, to respectfully file a corrected version of her Complaint, Dkt. No. 1. The original version lacked the requisite signature from undersigned counsel.

Date: February 27, 2020

Respectfully submitted,

/s/ *Bradley P. Moss*
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiff