**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOLLY JONG-FAST, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 20-574 (EGS) |
| | * | |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE FIRST AMENDED COMPLAINT**

NOW COMES the plaintiff Molly Jong-Fast, by and through undersigned counsel, to respectfully move the Court for leave to file a First Amended Complaint. A Memorandum of Points and Authorities and Proposed Order accompanies this Motion.

No counsel for the defendant federal agencies has yet to file a Notice of Appearance in this action. As such, the plaintiff is unable to confer with government counsel regarding this Motion. The granting of this Motion shall not result in the continuance of any hearing, conference or trial.

Date: March 18, 2020

        Respectfully submitted,

        /s/ *Bradley P. Moss*
        _____
        Bradley P. Moss, Esq.
        D.C. Bar #975905
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Mark S. Zaid, P.C.
        1250 Connecticut Avenue, N.W.
        Suite 700
        Washington, D.C. 20036
        (202) 454-2809
        (202) 330-5610 fax
        Brad@MarkZaid.com
        Mark@MarkZaid.com

        Attorneys for Plaintiff