UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOLLY JONG-FAST, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 20-574 (EGS) |
| | * | |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW COMES the plaintiff, Molly Jong-Fast ("Mrs. Jong-Fast"), to respectfully move the Court for leave to file a First Amended Complaint. Mrs. Jong-Fast brought this action under the Freedom of Information Act ("FOIA") in order to secure the release of documents improperly withheld by the defendant agencies Department of Veterans Affairs and Department of Justice, as well as their subordinate entities. Mrs. Jong-Fast seeks leave of this Court to file a First Amended Complaint in order to incorporate into this litigation a claim for substantive disclosure of responsive records.

No counsel for the defendant agencies has filed a notice of appearance at this time. That aside, the Plaintiff's Motion for Leave to File First Amended Complaint ("Motion for Leave") should be granted and the First Amended Complaint should be accepted.

**ARGUMENT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Mrs. Jong-Fast is timely seeking leave of this Court to file an amended complaint. The grant or denial of leave lies in the sound discretion of the District Court. Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996)(per curiam). The Court must, however, heed Rule 15's mandate that leave is to be freely given when justice so requires. See Mouzon v. Radiancy, Inc., 309 F.R.D. 60, 64 (D.D.C. 2015). Indeed, "[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Foman v. Davis, 371 U.S. 182 (1962). Denial of leave to amend therefore constitutes an abuse of discretion unless the court gives sufficient reason, such as futility of amendment, undue delay, bad faith, dilatory motive, undue prejudice or repeated failure to cure deficiencies by previous amendments. Id.

This Motion for Leave does not alter the subject matter at issue in the underlying FOIA requests or expand the universe of defendants. The scope of information sought in the original three FOIA counts arrayed against the defendant agencies is the exact same as that laid out in the three additional FOIA counts. The new FOIA counts merely supplement the original claims, which were restricted to the legal issue of expedited processing, by adding claims seeking substantive production of responsive records as well. The underlying FOIA requests are the same and have not changed.

Aside from the addition of the three new FOIA counts, as well as renumbering paragraphs in order to accommodate for the additions, no other substantive modifications have been made to the language from the original Complaint.

Mrs. Jong-Fast respectfully submits that there is no viable basis for denying her Motion for Leave.

## **CONCLUSION**

For the foregoing reasons, the Plaintiff's Motion for Leave to File First Amended Complaint should be granted.

Date: March 18, 2020

                                        Respectfully submitted,

                                        /s/ *Bradley P. Moss*
                                        _____
                                        Bradley P. Moss, Esq.
                                        D.C. Bar #975905
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 700
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        (202) 330-5610 fax
                                        Mark@MarkZaid.com
                                        Brad@MarkZaid.com