UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY JONG-FAST,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    *Defendants*. | Civil Action No. 20-574 (EGS) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants U.S. Department of Veterans Affairs ("VA") and U.S. Department of Justice ("DOJ"), by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for a short extension of time, until April 24, 2020, to answer or otherwise respond to the Amended Complaint in this matter, and as grounds for this consent motion, state as follows.

    1.    This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on February 27, 2020. ECF No. 1. Service of the Complaint was effected on the U.S. Attorney on March 4, 2020. ECF No. 6. The initial deadline to answer or otherwise respond to the Complaint was April 3, 2020.

    2.    On March 18, 2020, Plaintiff moved for leave to amend the Complaint. ECF No. 9. Leave was granted by Minute Order dated March 20, 2020, and the First Amended Complaint was filed on March 21, 2020 ("Amended Complaint"). ECF No. 10.

    3.    Pursuant to Rule 15(a)(3), a defendant is ordinarily required to respond to an amended complaint "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." The Amended Complaint has

not been served on Defendants. Nonetheless, Defendants request that April 24, 20202, three weeks after the initial deadline to respond to the original Complaint, be set as the deadline to respond to the Amended Complaint.

4. The instant lawsuit concerns FOIA requests to three different entities: the VA, the VA Office of Inspector General, and the DOJ. The undersigned counsel is working with agency counsel to gather background information about these FOIA requests in order to prepare an accurate answer to the Amended Complaint or determine if there is a basis for a motion to dismiss. A short extension, however, is sought for the agencies to complete their inquiry into these FOIA requests.

4. Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Plaintiff's counsel via email, who consented to the requested extension.

5. This is the first request for extension made by Defendant with respect to its deadline to respond to the Complaint and is not intended for undue delay or obstruction.

6. A proposed order is attached.

Dated: March 31, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2599
Email: sean.tepe@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY JONG-FAST,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>*Defendants*. | Civil Action No. 20-574 (EGS) |

## [Proposed] ORDER

Based upon consideration of Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. The deadline for Defendants to file their Answer or to otherwise respond to the Complaint is extended to April 24, 2020.

SO ORDERED this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE