UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY JONG-FAST,

*Plaintiff*,

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

*Defendants*.

Civil Action No. 20-574 (EGS)

**JOINT STATUS REPORT**

Pursuant to the Court's April 27, 2020, Minute Order, Plaintiff and Defendants, U.S. Department of Veterans Affairs ("VA") and U.S. Department of Justice ("DOJ") (collectively, "Defendants"), by and through undersigned counsel, hereby provide the following joint status report.

1.      This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on February 27, 2020, and amended on March 21, 2020.  ECF Nos. 1, 11.  Defendants filed an answer to the amended complaint on April 24, 2020.  ECF No. 15.

2.      VA: The VA Office of the Secretary ("OSVA") is currently processing Plaintiff's request (# 20-04393-F).  On April 22, 2020, OSVA released three hundred twenty-seven (327) pages, with redactions.  OSVA expects to produce one (1) additional page, likely redacted, by May 29, 2020.

3.      VA Office of Inspector General ("OIG"): The OIG is currently processing Plaintiff's request (No. 20-00121-FOIP).  The OIG expects to provide a complete release of responsive, non-exempt material of less than 500 pages by May 22, 2020.

4.      DOJ: The Executive Office for U.S. Attorneys ("EOUSA") has conducted a partial search of the records.  At the request of EOUSA, the U.S. Attorney's Office for the District of Columbia conducted an electronic search for records and located 270 potentially responsive emails.  EOUSA is currently processing these records.  There may be potentially responsive records in paper.  However, as a result of the COVID-19 pandemic, USAO-DC is unable to conduct a manual search at this time.

5.      Defendants do not anticipate the need for an *Open America* stay in this case.

6.      The parties believe questions regarding the need for a *Vaughn* index and summary judgment briefing may be deferred while the parties focus on the processing and production of responsive records.

7.      The parties respectfully request that they provide a joint status report in 30 days, i.e., June 19, 2020.

8.      A proposed order is attached.


Dated:  May 20, 2020                    Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney
                                        for the District of Columbia

                                        DANIEL F. VAN HORN, D.C. Bar #924092
                                        Chief, Civil Division

                        By:     */s/ Sean M. Tepe*
                                        SEAN M. TEPE, DC Bar #1001323
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 252-2533
                                        Fax: (202) 252-2599
                                        Email: sean.tepe@usdoj.gov

                                        *Counsel for Defendants*

/s/ Mark Zaid
Mark S. Zaid, D.C. Bar #975905
Bradley P. Moss, D.C. Bar #440532
1250 Connecticut Ave., N.W.
Ste. 700
Washington, D.C. 20036
(202) 454-2809
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY JONG-FAST,

*Plaintiff*,

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

*Defendants*.

Civil Action No. 20-574 (EGS)

## [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by June 19, 2020, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE