UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY JONG-FAST,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

    *Defendants*.

Civ. A. No. 20-574 (EGS)

## PARTIES' JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Molly Jong-Fast, and Defendants, U.S. Department of Veterans Affairs ("VA") and U.S. Department of Justice ("DOJ") (collectively Defendants"), by and through undersigned counsel, hereby respond to the Court's December 6, 2021 Order to Show Cause concerning the parties' failure to comply with this Court's November 23, 2021 Minute Order.

Although nominally submitted by the parties as a joint filing, this Response is drafted by undersigned counsel for the government, with whom responsibility for the delay belongs. Defendants and their counsel regret the inconvenience the delayed submission has occasioned and do not expect that it will be repeated as it resulted from an unusual confluence of circumstances.

During a very short span of time, undersigned government counsel received transfers of some nine (9) cases from three departing Assistant United States Attorneys, adding to an already outsized caseload of some 90+ active cases. New deadlines in assigned matters are logged onto counsel's calendar by a member of the Civil Division's administrative staff in a seamless way that begins at the inception of the new case assignment. However, that process does not apply to transfer cases, which are not fed into the system until counsel enters a notice of substation. Owing

to the press of juggling multiple deadlines (and having never before had as many transfers occur in such close succession), counsel selectively logged the most pressing deadlines. In the process, counsel overlooked the November 19, 2021 deadline for the joint status report that is attached to this Response, although it was included in one of several emails introducing undersigned counsel to agency counsel.

Fortunately, Plaintiff's counsel reached out and indicated that Plaintiff would submit a motion to extend the deadline to accommodate government counsel's transition to the matter. After taking care of the motion on the parties' behalf, counsel sent an email which, fairly read, indicated that government counsel was authorized to file the joint status report upon obtaining updates from agency counsel. Unfortunately, however, undersigned counsel conflated the new date in this case with another and assumed for both that the deadline was 30 days hence and that it would be logged into the counsel's calendar by virtue of the Court's order, which triggers an ECF notice to the administrative staff, which inputs the new deadline. However, none of that occurred as counsel's substitution motion was filed shortly *after* the Court's order setting the new deadline such that the Order never became associated with new government counsel nor added to his calendar.

Late in the evening on December 2, 2021, Plaintiff's counsel alerted government counsel that the new November 29, 2021 deadline for submitting the joint status report had been missed. Upon seeing the email just before midnight on December 2, 2021, government counsel reached out to all three agency counsel for the updates necessary to complete the JSR. Regrettably, VA counsel (from whom the most pressing formation was needed) was out of the office (as indicated by an out-of-office auto-response), which undersigned explained to Plaintiff's counsel by email in the early morning hours of December 3, 2021.

Early Monday morning, December 6, 2021, Plaintiff's counsel reached out for the status of the joint status report. Shortly after 5 pm, government counsel, who was hoping to avoid adding another filing to a daunting stack that included completing a dispositive motion, explained at around 5:30 pm: "I need VA counsel, who I reached out to on Thursday night, but he was on leave. If I don't hear from him by tomorrow, I'll do a placeholder and circulate." In little over an hour, the Court's Order was received, giving the parties until December 8, 2021 to respond, which, owing to obligations for other filings that absorbed all of counsel's time since Monday evening, undersigned counsel was constrained to take.

To reiterate, the parties regret any inconvenience caused by the series of events that resulted in the delayed filing of the joint status report, which is being filed as an attachment to this motion. As indicated, the fault for the delay rests with government counsel. The unusual circumstances that led the normal processes to alert counsel of deadlines in his overwhelming caseload to fail are unlikely to be repeated given the unusual confluence of circumstances that had to occur for the breakdown to be so complete.

Dated: December 8, 2021

| | |
|---|---|
| /s/ Mark S. Zaid<br>Mark S. Zaid, D.C. Bar #975905<br>Bradley P. Moss, D.C. Bar #440532<br>1250 Connecticut Ave., N.W., Ste. 700<br>Washington, D.C. 20036<br>(202) 454-2809<br>Brad@MarkZaid.com<br>Mark@MarkZaid.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ John Moustakas<br>John Moustakas, D.C. Bar #442076<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Counsel for Defendant* |