UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY JONG-FAST,<br><br>    *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, *et al.,*<br><br>    *Defendants*. | Civil Action No. 20-574 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 29, 2021, Plaintiff and Defendants, U.S. Department of Veterans Affairs ("VA") and U.S. Department of Justice ("DOJ") (collectively Defendants"), by and through undersigned counsel, hereby provide the following joint status report.

  1.  This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on February 27, 2020, and amended on March 21, 2020. ECF Nos. 1, 11. Defendants filed an answer to the amended complaint on April 24, 2020. ECF No. 15. It incorporates by reference the extensive procedural discussion set forth in the parties' October 20, 2021 joint status report of which the Court is aware.

  2.  The focus of today's joint status report is principally to apprise the Court of developments following the parties' September 21, 2021, discussions about the VA releases and a supplemental release from VA-OIG.

  3.  VA has finished reviewing all of its prior productions in light of Plaintiff's prior objections and has made all of the supplemental releases intended. Moreover, it has also

completed its revised redactions and transmitted to Plaintiff supplemental releases lifting many of the redactions to which Plaintiff objected.

4. On October 20, 2021, VA OIG provided Plaintiff with a "supplemental release" of non-exempt information on January 22, 2021. Specifically, VA OIG reconsidered certain redactions and re-released a version of the VA OIG Comprehensive Report of Investigation that lifted many of the redaction to which Plaintiff objected.

5. Plaintiff is in the process of reviewing the supplemental releases from both VA and VA-OIG. Upon completion of that review the parties will meet and confer, as necessary, with an eye toward resolve the matter without a multiplication of the proceedings or a further narrowing of the disputed issues if possible.

6. As for EOUSA, no additional action has taken place since the parties' last joint status report.

7. The parties continue to believe that a determination of whether summary judgment briefing will be needed or can be dispensed with should deferred while the parties continue to attempt a resolution of the areas of disagreement.

8. The parties respectfully request that they provide another joint status report and by January 14, 2021, which will contain a schedule for briefing summary judgment in the event that the parties cannot resolve the matter otherwise.

9. A proposed order is attached.

Dated:   December 8, 2021

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: ___/s/ John Moustakas___
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendants*

_/s/ Mark S. Zaid___
Mark S. Zaid, D.C. Bar #975905
Bradley P. Moss, D.C. Bar #440532
1250 Connecticut Ave., N.W.
Ste. 700
Washington, D.C. 20036
(202) 454-2809
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiff*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY JONG-FAST,

*Plaintiff*,

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

*Defendants*.

Civ. A. No. 20-574 (EGS)

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby **ORDERED** that the parties shall file by January 14, 2021, an additional joint status report advising the Court of the status of this matter, including a schedule for briefing summary judgment in the event the matter cannot otherwise be resolved.

It is **SO ORDERED** this _____ day of December 2021.

_____
EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE